UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTINA PERRIN,
Individually and as Parent and Natural
Guardian of Nicholas, a minor,

                      Plaintiff,

                                                                                ORDER

                                                                                               08-CV-6153L

                v.

THE CANANDAIGUA CITY SCHOOL DISTRICT,
SUPERINTENDENT DONALD W. RAW, JR.,
JAMES SIMMONS, Athletic Director,
RICHARD ROMEO,
DR. STEVEN UEBBING,

                      Defendants.
_____

     Defendants have filed motions to dismiss (Dkt. ##4, 14).  This Court issued scheduling orders directing responses to be filed on the one motion by July 30, 2008 (Dkt. #13) and on the other by September 5, 2008 (Dkt. #15).   No responses have been filed as of the date of this order. Plaintiff is approximately three months in default on the first motion and two months in default on the second.

     Plaintiff is directed to file some response by November 14, 2008.  Plaintiff must either submit papers in opposition to the motion or advise that it consents to the relief requested.  No

further extensions will be granted.  Failure to respond as directed will leave the Court no choice but to treat the motions as unopposed.

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       October 31, 2008.